**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>**SHAHEED D. RUSSELL,**<br><br>　　　　　Defendant. | CASE NO. _____<br><br>JUDGE _____<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(Felon in Possession of a Firearm)**

1.　　On or about September 23, 2025, in the Southern District of Ohio, the defendant, **SHAHEED D. RUSSELL**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one Glock model 19X, 9mm pistol, bearing serial numbers AGCW556 and ADLK917, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

**FORFEITURE ALLEGATION**

2.　　The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3.　　Upon conviction of any offense alleged in the Indictment, the defendant, **SHAHEED D. RUSSELL**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28

U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including, but not limited to:

- One Glock model 19X, 9mm pistol, bearing serial numbers AGCW556 and ADLK917; and
- Any associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

*s/Foreperson*
**GRAND JURY FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**ELIZABETH A. GERAGHTY (0072275)**
**Assistant United States Attorney**